## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 22 B 11504 |
| ROBERT L. D'ONOFRIO and, | ) | Judge Janet S. Baer |
| BRENDA L. D'ONOFRIO, | ) | |
| | ) | |
| Debtor. | ) | |

### MARTHA R. LEHMAN'S AND MICHAEL G. CORTINA'S
### <u>MOTION TO WITHDRAW AS COUNSEL</u>

Martha R. Lehman and Michael G. Cortina of AMUNDSEN DAVIS, LLC ("Withdrawing Counsel"), pursuant to Local Rule 2091-1, for their Motion to Withdraw as Counsel for Claimant, Sheila Kalteux, Pursuant to Power of Attorney for Sheila D'Onofrio, state as follows:

1. Ms. Kalteux filed a Proof of Claim in this case on or about October 6, 2022.

2. Mr. Cortina entered his appearance on or about January 4, 2023 while Ms. Lehman entered her appearance *pro hac vice* on January 17, 2023.

3. At the hearing on January 20, 2023, the parties informed the Court that they were prepared to engage in mediation and that they had provided informal discovery requests to each other. Withdrawing Counsel have sent the outstanding discovery requests from the Debtors to Ms. Kalteux for her response.

4. Withdrawing Counsel also provided Ms. Kalteux with a letter outlining all upcoming hearings and deadlines related to this case.

5. Ms. Kalteux informed Withdrawing Counsel that she wishes to seek alternative representation for the Bankruptcy Case.

6. Local Rule 2091-1 does not specify a particulate procedure for withdrawal when successor counsel has not appeared; however, Northern District of Illinois LR 83.17 requires filing a form providing contact information for a former client. As required by LR 83.17, the Notification of Party Contact Information has been filed along with this motion.

**WHEREFORE**, MARTHA R. LEHMAN and MICHAEL G. CORTINA respectfully request that this Court grant their Motion to Withdraw as Counsel along with such other and further relief as may be just and proper.

Date: February 17, 2023

Respectfully submitted,

By: ___/s/ Martha R. Lehman_____

Martha R. Lehman, *admitted pro hac vice*
AMUNDSEN DAVIS LLC
201 N. Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, IN 46204
Telephone: 317-464-4142
mlehman@amundsendavislaw.com

and

Michael G. Cortina, ARDC No. 6255782
AMUNDSEN DAVIS LLC
475 W. Terra Cotta Avenue, Suite C1
Crystal Lake, IL 60014
mcortina@amundsendavislaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that I caused the attached Motion to Withdraw as Counsel to be served on all those registered with the Clerk of the Bankruptcy Court in the above captioned case, using the CM/ECF system on the 17th day of February, 2023 and also served via first class United States mail, postage prepaid as listed below:

Sheila Kalteux
12384 Windtree Blvd.
Seminole, FL 33772

*Martha R. Lehman*

AMUNDSEN DAVIS, LLC
201 N. Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, IN 46204

3