UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  22-11504
Robert L Donofrio  )
Brenda L Donofrio  )  Chapter: 13
)  Honorable Janet S. Baer
)
)
Debtor(s)  )

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This matter coming before the Court on the Motion filed by Martha R. Lehman and Michael G. Cortina to Withdraw as Counsel for Sheila Kalteux, the Court being fully advised in premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Martha R. Lehman and Michael G. Cortina are authorized to withdraw their appearances in the above-captioned case on behalf of Sheila Kalteux.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 03, 2023